# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES MAH,

        Petitioner,

vs.

ISABELLA GUZMAN,

        Respondent.

Case No.: 2:24-cv-01216-GMN-MDC

**ORDER DENYING ENTRY OF DEFAULT**

Pending before the Court is Petitioner's Motion for Entry of Clerk's Default, (ECF NO. 9). After further review of the Motion and the service of process attempted by Petitioner, the Court finds that service of process was not properly effectuated. Petitioner is therefore instructed to complete service of process pursuant to Federal Rule of Civil Procedure 4(i).

**IT IS HEREBY ORDERED** that the Motion for Entry of Clerk's Default, (ECF NO. 9), is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner shall have 90 days from the date of this Order to complete service of process.

  **DATED** this __22__ day of November, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT